**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**1st amended plan**

DEBTOR: Jesus Ricano          JOINT DEBTOR:_____ CASE NO.: 16-19084
Last Four Digits of SS# 4420 Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $ 447.96    for months 1 to 60 ; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650 TOTAL PAID $ 1500   Balance Due $ 2150
                    payable $ 215 /month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                         Arrearage on Petition Date  $_____
Address:_____                Arrears Payment   $_____/month (Months ____ to ____)
                                Regular Payment   $_____/month (Months ____ to ____)
Account No:_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____          Total Due  $_____
                         Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 188.17/month (Months 1 to 10) and Pay $ 403.17/month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Chase and will continue to pay said creditor directly outside the chapter 13 plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Jesus Ricano
(Debtor)
Date: 8/24/16

Joint Debtor
Date:_____

LF-31 (rev. 01/08/10)